IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03074-BNB

FRED E. GARCIA,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director (CDOC),
VANCE EVERETT, Warden, Kit Carson Correctional Center,
C/O STACY THOMPSON, Kit Carson Correctional Center,
C/O DICKEY, Kit Carson Correctional Center,
DR. TIONA, Kit Carson Correctional Center, and
R.N. STEGEMAN, Kit Carson Correctional Center,

    Defendants.

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

    Plaintiff, Fred E. Garcia, is a prisoner in the custody of the Colorado Department of Corrections and he currently is incarcerated at the Limon Correctional Facility in Limon, Colorado. Mr. Garcia initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). He seeks damages as relief.

    The Court must construe the Prisoner Complaint liberally because Mr. Garcia is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Prisoner Complaint is held to standards less stringent than those governing a formal pleading drafted by lawyers. *See id.* However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons discussed below, the action will

be dismissed in part.

Mr. Garcia asserts three numbered claims for relief in the Prisoner Complaint that arise from an incident on March 15, 2012, when he was housed at the Kit Carson Correctional Center. He first claims that he was subjected to cruel and unusual punishment when he was stabbed in the arm with a meat thermometer by Defendant Stacy Thompson. He also alleges within his first claim that other officers have retaliated against him for reporting this incident. He alleges in his second claim that he was treated more harshly than other similarly situated inmates, and he alleges in his third claim that he was not seen by a doctor for the injury he received when he was stabbed. Other than the cruel and unusual punishment claim against Defendant Thompson, Mr. Garcia does not link any other claim to any particular Defendant and he does not identify what any other Defendant has done that allegedly violated his rights.

In an order filed on December 12, 2012, Magistrate Judge Boyd N. Boland directed Mr. Garcia to file an amended complaint that provides a short and plain statement of each claim as required pursuant to Rule 8 of the Federal Rules of Civil Procedure in order to clarify the claims he is asserting. Mr. Garcia was warned that the action would be dismissed if he failed to file an amended complaint within thirty days. Mr. Garcia has not filed an amended complaint within the time allowed. Therefore, with the exception of the cruel and unusual punishment claim against Defendant Thompson, Mr. Garcia's claims will be dismissed for failure to comply with the pleading requirements of Rule 8. The Defendants other than Defendant Thompson will be dismissed as parties to this action. Mr. Garcia's claim against Defendant Thompson will be drawn to a district judge and to a magistrate judge as provided in D.C.COLO.LCivR

8.2D because the Court has completed its review pursuant to D.C.COLO.LCivR 8.2C. Accordingly, it is

ORDERED that Plaintiff's claims in the Prisoner Complaint, with the exception of the cruel and unusual punishment claim against Defendant Stacy Thompson set forth in claim one in the Prisoner Complaint, are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed to file an amended pleading that clarifies those claims.  It is

FURTHER ORDERED that Defendants Tom Clements, Vance Everett, C/O Dickey, Dr. Tiona, and R.N. Stegeman are dismissed as parties to this action.  It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this  23rd  day of   January   , 2013.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court