IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03074-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               September 27, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                              *Counsel:*

FRED E. GARCIA,                                                       *Pro Se (appearing by telephone)*

    Plaintiff,

v.

STACY THOMPSON,                                                  Susan F. Fisher

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:      1:30 p.m.**
Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

The court addresses the parties regarding the two pending motions before the court.

The court notes Defendant's **MOTION for Summary Judgment** [Doc. No. 36] is not yet fully briefed.

Discussion between the court and the parties regarding Plaintiff's **MOTION Objecting to Defendants Request for Admissions** [Doc. No. 37] and whether a dispute still exists.

Counsel for Defendant objects to Plaintiff's late responses to their requests for admissions. Discussion between the court and counsel regarding the specific request for admission at issue and whether Defendant was prejudiced by the late responses.

The court states it will treat Plaintiff's Motion Objecting to Defendants Request for Admissions as Motion to Withdraw Responses under Rule 36 and notes good cause exists to allow this Motion to Withdraw.

The court makes findings and notes Defendant has deposed Plaintiff and had the opportunity to explore these issues with Mr. Garcia under oath .

**ORDERED:**     For the reasons stated on the record, Plaintiff's Motion Objecting to Defendants Request for Admissions [Doc. No. 37] is **GRANTED IN PART** and **DENIED IN PART**.  The court notes it finds no fault with Defense counsel and therefore to the extent the Motion seeks attorneys' fees, the Motion is **DENIED**.  The court will treat those admissions as withdrawn.

Discussion regarding Plaintiff filing his Response to the Motion for Summary Judgment by October 7, 2013.  Mr. Garcia notes he does not yet have his legal documents.  The court states if Plaintiff is unable to make the deadline he will need to file a motion.

**1:48**     **Off the record.**

HEARING CONCLUDED.
**Court in recess**:     **1:59 p.m.**
Total time in court:     00:29