## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 12-cv-3074-WJM-CBS

FRED E. GARCIA

      Plaintiff,

v.

C/O STACY THOMPSON

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss filed December 6, 2013 (ECF No. 59). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or her own attorney's fees and costs.

Dated this 6th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge